## STATE OF CONNECTICUT *v.* RICHARD KOSLIK

The defendant's petition for certification for appeal from the Appellate Court, 116 Conn. App. 693 (AC 29673), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Jodi Zils Gagne,* special public defender, in support of the petition.

Decided October 1, 2009